**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF KENTUCKY**
**LEXINGTON**

| | | |
|---|---|---|
| **IN RE:** | ) | |
| | ) | |
| **JESSICA RUTH COON,** | ) | **Chapter 7** |
| | ) | **Case No. 23-50262** |
| **Debtor.** | ) | |
| | ) | |
| | ) | |
| | ) | |
| **JESSICA RUTH COON,** | ) | |
| **Plaintiff,** | ) | |
| | ) | |
| **vs.** | ) | **AP No. 23-5044** |
| | ) | |
| **UNITED STATES DEPARTMENT** | ) | |
| **OF EDUCATION, *ET AL*.,** | ) | |
| | ) | |
| **Defendants.** | ) | |
| | ) | |

**AGREED FINAL JUDGMENT DETERMINING STUDENT LOAN DEBT DISCHARGEABLE**

This matter having come before the Court upon the parties' Stipulation for Entry of an Agreed Final Judgment on Adversary Complaint, and having considered said Stipulation and being otherwise sufficiently advised, it is

**ORDERED AND ADJUDGED** that:

1. The Stipulation entered into between Plaintiff Jessica Ruth Coon ("Plaintiff"), and Defendant U.S. Department of Education is hereby approved.

2. Plaintiff's student loan obligations to the U.S. Department of Education, set forth in the attached Certificate of Indebtedness (COI), totaling approximately $45,133.56, including unpaid principal of $37,841.49 and unpaid accrued interest of $7,292.07, are deemed dischargeable and are DISCHARGED.
3. Each party agrees to bear their own fees and costs of this litigation.
4. This adversary proceeding shall be closed as all issues are settled or rendered moot.
5. Jurisdiction of this case is retained to enforce this Judgment, including entering further orders that are necessary to interpret and enforce this Judgment.

**SUBMITTED BY**:

/s/ John M. Simms w/permission)
John M. Simms
jms@ask-law.com
Atkinson, Simms & Kermode, PLLC
1608 Harrodsburg Rd.
Lexington, KY 40504
*Counsel for Plaintiff*

*/s/* Callie R. Owen
Callie R. Owen
Callie.R.Owen@usdoj.gov
Assistant United States Attorney
260 West Vine Street, Suite 300
Lexington, KY 40507-1671
*Counsel for United States of America,*
*Department of Education*

---

**The affixing of this Court's electronic seal below is proof this document has been signed by the Judge and electronically entered by the Clerk in the official record of this case.**

**Signed By:**
***Douglas L. Lutz***
**Bankruptcy Judge**
**Dated: Tuesday, June 4, 2024**
**(dll)**

**U. S. DEPARTMENT OF EDUCATION**
**SAN FRANCISCO, CALIFORNIA**

**CERTIFICATE OF INDEBTEDNESS #1 OF 1**

Jessica Coon
Adv. No. 23-05044
SSN: xxx-xx-6519

I certify that Department of Education records show that the borrower named above is indebted to the United States in the amount stated below as of 06/03/2024:

**DIRECT & DIRECT CONSOLIDATION LOANS**

| Loan # | Disbursement Date | Prin. Due | Int. Due | Total Due |
|---|---|---|---|---|
| 1 | 11/8/2017 | $ 1,749.00 | $ 138.47 | $ 1,887.47 |
| 2 | 9/8/2019 | $ 1,091.00 | $ 29.63 | $ 1,120.63 |
| 3 | 10/13/2020 | $ 1,167.00 | $ 19.24 | $ 1,186.24 |
| 4 | 10/13/2020 | $ 2,000.00 | $ 40.95 | $ 2,040.95 |
| 5 | 2/13/2015 | $ 14,426.26 | $ 3,128.99 | $ 17,555.25 |
| 6 | 2/13/2015 | $ 14,384.23 | $ 3,878.89 | $ 18,263.12 |
| 7 | 10/1/2023 | $ 1,750.00 | $ 9.48 | $ 1,759.48 |
| 8 | 10/1/2023 | $ 1,274.00 | $ 46.42 | $ 1,320.42 |
| 9 | 11/8/2017 | $ 1,749.00 | $ 138.47 | $ 1,887.47 |
| 10 | 9/8/2019 | $ 1,091.00 | $ 29.63 | $ 1,120.63 |

The Direct Consolidation loans were made by the Department under the William D. Ford Federal Direct Loan Program under Title IV, Part D of the Higher Education Act of 1965, as amended, 20 U.S.C. 1087a et seq. (34 C.F.R. Part 685).

The borrower now owes $37,841.49 worth of principal and $7,292.07 worth of interest as of 06/03/2024. Grand Total is: $45,133.56.

Pursuant to 28 U.S.C. § 1746(2), I certify under penalty of perjury that the foregoing is true and correct.

Executed on: 06/03/2024

Philippe Guillon
P.Guillon
Sr. Loan Analyst
Litigation Support